Alan M. Harder, appellant, v. The County of Ogle et al., appellees. Gen. No. 8,933.

Opinion filed July 6, 1935.

Gardner & Gardner, for appellant; Fred E. Gardner, of counsel. S. Donald Crowell, State's Attorney, for appellees.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Anna Myers et al., plaintiffs in error, v. H. E. Ehlers et al., defendants in error. Gen. No. 8,893.

Opinion filed July 6, 1935.

W. H. Dyer, for plaintiffs in error. Elmer C. Wilson and Miller & Shapiro, for certain defendant in error.

Mr. Justice Huffman delivered the opinion of the court.

Thomas D. Parkin and Grant E. Cordes, appellants, v. Sweney Gasoline and Oil Company and Frank O. Pifer, appellees. Gen. No. 8,939.

Opinion filed July 30, 1935. Petition for rehearing stricken September 9, 1935.

Ridgely & Ridgely, for appellants; Orman Ridgely and Ben C. Leiken, of counsel. Kennedy & Kennedy, for appellees; Kaywin Kennedy, of counsel.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Albert Samara, appellee, v. Cliff Steward, appellant. Gen. No. 8,942.

Opinion filed July 30, 1935.

Ralph Dempsey and Thomas J. Welch, for appellant. Martin E. O'Connor, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Margaret V. Corrigan, executrix of the last will and testament of Joseph P. Corrigan, deceased, and individually, appellant, v. L. D. Head, appellee. Gen. No. 8,953.

Opinion filed July 30, 1935. Rehearing denied August 22, 1935.

Robert C. Carr, for appellant. John H. Armstrong, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.